IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03172-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

CHRIS BAROODY,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Chris Baroody filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 3, 2014, it is

ORDERED that Defendant Chris Baroody and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 7, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge